**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| COURTNEY GREEN, | : | Case No. 1:22-cv-9 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| SCRIPPS CORPORATE HEADQUARTERS/SCRIPPS CENTER, | : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on January 20, 2022, submitted a Report and Recommendation.[1] (Doc. 4). No objections were filed, and the time for doing so has expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation is adopted in its entirety.

---

[1] As noted by the Magistrate Judge, Plaintiff tendered a second complaint against the same Defendants on the same day, which appears to be based on the same conduct. *See Green v. Scripps Corporate Headquarters/Scripps Center*, No. 1:22-cv-10 (Dlott, J.; Bowman, MJ.). Judge Dlott adopted Magistrate Judge Bowman's Report and Recommendation and dismissed the case with prejudice on March 2, 2022.

Accordingly, for the reasons stated above:

1) Plaintiff's Complaint is **DISMISSED with prejudice** for failure to state a claim.

2) Plaintiff's motion to receive service by e-mail (Doc. 6) and motion to reconsider[2] (Doc. 7) are **DENIED as moot**.

3) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** upon the docket of this Court.

**IT IS SO ORDERED.**

Date:  9/1/2022                                                                                  *s/Timothy S. Black*
                                                                                                         Timothy S. Black
                                                                                                         United States District Judge

---

[2] To the extent the motion to reconsider may be construed as Plaintiff's (untimely) objections, Plaintiff states that she "submits supporting documentation backing the factual allegations outlined in the initial filing." (Doc. 7 at 1). Plaintiff attaches a civil cover sheet, lists two other cases in which she is a plaintiff, and attaches a summons and a subpoena directed to Defendant. (*Id.* at 2-5). None of these documents cure the insufficiencies described by the Magistrate Judge.